AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Schanzle-Haskins, Thomas P. | **2. Court or Organization**<br><br>United States District Court Central District of Illinois | **3. Date of Report**<br><br>05/08/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>600 East Monroe, Rm 124<br>Springfield, IL 62701 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**☑** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

**☐** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2016 | State of Illinois Retirement |
| 2. | 10/2016 | Family Farm Rental |
| 3. | 1-12/2016 | Midwest Region Organizing Comm, LIUNA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**☑** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 2. Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 3. Wells Fargo Money Market Fund | A | Dividend | J | T | | | | | |
| 4. FCIGX Sm Cap Gr FD | | None | | | Sold | 01/25/16 | J | A | |
| 5. NICSX Nicholas FD | | None | | | Sold | 01/22/16 | K | A | |
| 6. CAIBX Capital Income Builder | B | Dividend | K | T | | | | | |
| 7. AGTHX Gr Fd of Am | A | Dividend | L | T | | | | | |
| 8. AMECX Income Fd of Am | B | Dividend | L | T | | | | | |
| 9. AIBAX Intermediate Bond FD (See Part VIII) | A | Dividend | J | T | | | | | |
| 10. AIVSX Investment Co. of Am | A | Dividend | L | T | | | | | |
| 11. ANWPX New Perspective | A | Dividend | K | T | | | | | |
| 12. SMCWX Small Cap World FD | A | Dividend | L | T | | | | | |
| 13. FDN ETF Internet | | None | | | Sold | 01/25/16 | K | A | |
| 14. FV ETF Focus Five | | None | | | Sold | 01/25/16 | J | A | |
| 15. HFMDX HENN Midcap FD | | None | | | Sold | 01/12/16 | K | A | |
| 16. ASBAX Short Term BD FD | A | Dividend | K | T | | | | | |
| 17. ABA Retirement Fund - Stable Asset Return Fund (See Part VIII) | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ABA Retirement Fund - Large Cap Equity Fund (See Part VIII) | | None | K | T | | | | | |
| 19. ABA Retiremend Fund - International All Cap Equity Fund (See Part VIII | | None | K | T | | | | | |
| 20. ACN Accenture PLC | A | Dividend | | | Buy | 08/04/16 | J | | |
| 21. ACN Accenture PLC | | None | | | Sold | 10/05/16 | J | A | |
| 22. AGN Allergan PLC | | None | | | Buy | 01/29/16 | J | | |
| 23. AGN Allergan PLC | | None | | | Sold | 02/04/16 | J | A | |
| 24. GOOGL Alphabet Inc. | | None | | | Buy | 02/04/16 | J | | |
| 25. GOOGL Alphabet Inc. | | None | | | Sold | 03/02/16 | J | A | |
| 26. MO Altria Group Inc. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 27. MO Altria Group Inc. | A | Dividend | | | Sold | 08/04/16 | J | A | |
| 28. AMZN Amazon Com Inc. | | None | | | Buy | 01/29/16 | J | | |
| 29. AMZN Amazon Com Inc. | | None | | | Buy | 02/04/16 | J | | |
| 30. AMZN Amazon Com Inc. | | None | | | Sold | 03/17/16 | J | A | |
| 31. AMZN Amazon Com Inc. | | None | | | Buy | 06/20/16 | J | | |
| 32. AMZN Amazon Com Inc. | | None | J | T | Buy | 08/04/16 | J | | |
| 33. AMZN Amazon Com Inc. | | None | | | Sold | 10/05/16 | J | A | |
| 34. ABC Amerisourcebergen Co. | | None | | | Buy | 01/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABC Amerisourcebergen Co. | | None | | | Sold | 02/04/16 | J | A | |
| 36. BERY Berry Plastics Group | | None | | | Buy | 01/29/16 | J | | |
| 37. BERY Berry Plastics Group | | None | | | Sold | 02/04/16 | J | A | |
| 38. BERY Berry Plastics Group | | None | | | Sold | 03/17/16 | J | A | |
| 39. BERY Berry Plastics Group | | None | | | Sold | 08/04/16 | J | B | |
| 40. BERY Berry Plastics Group | | None | J | T | Buy | 11/18/16 | J | | |
| 41. CP Canadian Pacific Rail LTD | | None | J | T | Buy | 10/05/16 | J | | |
| 42. CP Canadian Pacific Rail LTD | | None | J | T | Buy | 11/15/16 | J | | |
| 43. CELG Celgene Corp | | None | | | Buy | 01/29/16 | J | | |
| 44. CELG Celgene Corp | | None | | | Sold | 02/04/16 | J | A | |
| 45. CMS CMS Energy Corp. | | None | | | Buy | 02/04/16 | J | | |
| 46. CMS CMS Energy Corp. | | None | | | Sold | 03/17/16 | J | A | |
| 47. CTSH Cognizant Technology Solutions | | None | | | Buy | 01/29/16 | J | | |
| 48. CTSH Cognizant Technology Solutions | | None | | | Buy | 02/04/16 | J | | |
| 49. CTSH Cognizant Technology Solutions | | None | | | Sold | 03/02/16 | J | A | |
| 50. CMCSA Comcast Corp New CL | A | Dividend | | | Buy | 01/29/16 | J | | |
| 51. CMCSA Comcast Corp New CL | | None | | | Sold | 02/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CMCSA Comcast Corp New CL | | None | | | Sold | 08/04/16 | J | A | |
| 53. CMCSA Comcast Corp New CL | | None | | | Sold | 08/31/16 | J | A | |
| 54. STZ Constellation Brands Inc. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 55. STZ Constellation Brands Inc. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 56. STZ Constellation Brands Inc. | | None | | | Sold | 08/04/16 | J | A | |
| 57. DIS Disney Walt Co. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 58. DIS Disney Walt Co. | | None | | | Buy | 08/04/16 | J | | |
| 59. DIS Disney Walt Co. | | None | | | Sold | 08/31/16 | J | A | |
| 60. DTE DTE Energy Co. | A | Dividend | | | Buy | 02/04/16 | J | | |
| 61. DTE DTE Energy Co. | | None | | | Sold | 03/17/16 | J | A | |
| 62. EMN Eastman Chemical Co. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 63. EMN Eastman Chemical Co. | | None | | | Sold | 08/04/16 | J | A | |
| 64. LLY Eli Lilly & Co. | | None | | | Buy | 01/26/16 | J | | |
| 65. LLY Eli Lilly & Co. | | None | | | Sold | 02/04/16 | J | A | |
| 66. ES Eversource Energy | A | Dividend | | | Buy | 02/04/16 | J | | |
| 67. ES Eversource Energy | | None | | | Buy | 08/04/16 | J | | |
| 68. ES Eversource Energy | | None | | | Sold | 10/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FB Facebook Inc. Class A | | None | | | Buy | 01/29/16 | J | | |
| 70. FB Facebook Inc. Class A | | None | | | Sold | 03/02/16 | J | A | |
| 71. FB Facebook Inc. Class A | | None | J | T | Buy | 08/04/16 | J | | |
| 72. FB Facebook Inc. Class A | | None | J | T | Buy | 10/05/16 | J | | |
| 73. FB Facebook Inc. Class A | | None | J | T | Buy | 11/15/16 | J | | |
| 74. GD Genl Dynamics Corp. | | None | | | Buy | 10/05/16 | J | | |
| 75. GD Genl Dynamics Corp. | | None | | | Sold | 11/15/16 | J | A | |
| 76. ITW Illinois Tool Works | | None | | | Buy | 10/05/16 | J | | |
| 77. ITW Illinois Tool Works | | None | | | Sold | 11/15/16 | J | A | |
| 78. KR Kroger Company Common | A | Dividend | | | Buy | 01/29/16 | J | | |
| 79. KR Kroger Company Common | | None | | | Sold | 02/04/16 | J | A | |
| 80. KR Kroger Company Common | | None | | | Buy | 03/17/16 | J | | |
| 81. KR Kroger Company Common | | None | | | Sold | 04/07/16 | J | A | |
| 82. LIL Lennox International | A | Dividend | | | Buy | 03/17/16 | J | | |
| 83. LIL Lennox International | | None | | | Sold | 08/04/16 | J | A | |
| 84. LIL Lennox International | | None | | | Sold | 10/05/16 | J | A | |
| 85. LDLFX Lord Abbett Investment Tr | A | Dividend | | | Buy | 11/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LDLFX Lord Abbett Investment Tr | | None | | | Sold | 11/17/16 | K | A | |
| 87. LOW Lowes Companies Inc. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 88. LOW Lowes Companies Inc. | | None | | | Buy | 02/04/16 | J | | |
| 89. LOW Lowes Companies Inc. | | None | | | Sold | 03/17/16 | J | A | |
| 90. LOW Lowes Companies Inc. | | None | | | Sold | 08/04/16 | J | A | |
| 91. LOW Lowes Companies Inc. | | None | | | Sold | 08/31/16 | J | A | |
| 92. MAS Masco Corp. | A | Dividend | | | Buy | 08/04/16 | J | | |
| 93. MAS Masco Corp. | | None | | | Buy | 10/05/16 | J | | |
| 94. MAS Masco Corp. | | None | | | Buy | 11/15/16 | J | | |
| 95. MAS Masco Corp. | | None | | | Sold | 12/20/16 | J | A | |
| 96. MA Mastercard Inc. CA | | None | | | Buy | 08/04/16 | J | | |
| 97. MA Mastercard Inc. CA | | None | | | Sold | 08/31/16 | J | A | |
| 98. MSFT Microsoft Corp. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 99. MSFT Microsoft Corp. | A | Dividend | | | Buy | 02/04/16 | J | | |
| 100. MSFT Microsoft Corp. | | None | | | Sold | 03/02/16 | J | A | |
| 101. MSFT Microsoft Corp. | | None | | | Buy | 08/04/16 | J | | |
| 102. MSFT Microsoft Corp. | | None | | | Sold | 10/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MSFT Microsoft Corp. | | None | | | Sold | 11/15/16 | J | A | |
| 104. MDLZ Mondelez Intl Inc. | A | Dividend | | | Buy | 04/07/16 | J | | |
| 105. MDLZ Mondelez Intl Inc. | | None | | | Sold | 08/04/16 | J | A | |
| 106. MNST Monster Beverage Corp. | | None | | | Buy | 05/23/16 | J | | |
| 107. MNST Monster Beverage Corp. | | None | | | Sold | 08/04/16 | J | A | |
| 108. NEM Newmont Mining Corp. | A | Dividend | | | Buy | 05/05/16 | J | | |
| 109. NEM Newmont Mining Corp. | | None | | | Sold | 08/04/16 | J | A | |
| 110. NEM Newmont Mining Corp. | | None | | | Buy | 10/05/16 | J | | |
| 111. NEM Newmont Mining Corp. | | None | | | Sold | 12/20/16 | J | A | |
| 112. NEE Nextera Energy Inc. | A | Dividend | | | Buy | 02/04/16 | J | | |
| 113. NEE Nextera Energy Inc. | | None | | | Sold | 08/04/16 | J | A | |
| 114. NEE Nextera Energy Inc. | | None | | | Sold | 10/05/16 | J | A | |
| 115. NKE Nike Inc. Class B | A | Dividend | | | Buy | 01/29/16 | J | | |
| 116. NKE Nike Inc. Class B | | None | | | Sold | 06/20/16 | J | A | |
| 117. PPG P P G Industries Inc. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 118. PPG P P G Industries Inc. | | None | | | Buy | 08/04/16 | J | | |
| 119. PPG P P G Industries Inc. | | None | | | Sold | 10/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. PKG Packaging Corp of Am | | None | J | T | Buy | 11/15/16 | J | | |
| 121. PCG PG&E Corp | A | Dividend | | | Buy | 03/17/16 | J | | |
| 122. PCG PG&E Corp | | None | | | Sold | 08/04/16 | J | A | |
| 123. PCG PG&E Corp | | None | | | Sold | 10/05/16 | J | A | |
| 124. POGRX Primecap Odyssey Growth | A | Dividend | K | T | Buy | 11/16/16 | K | | |
| 125. RHT Red Hat Inc. | | None | | | Buy | 02/03/16 | J | | |
| 126. RHT Red Hat Inc. | | None | | | Sold | 02/09/16 | J | A | |
| 127. SRE Sempra Energy | A | Dividend | | | Buy | 03/17/16 | J | | |
| 128. SRE Sempra Energy | | None | | | Sold | 08/04/16 | J | A | |
| 129. SRE Sempra Energy | | None | | | Sold | 10/05/16 | J | A | |
| 130. SHW Sherwin Williams Co. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 131. SHW Sherwin Williams Co. | | None | | | Buy | 08/04/16 | J | | |
| 132. SHW Sherwin Williams Co. | | None | | | Sold | 10/27/16 | J | A | |
| 133. SBUX Starbucks Corp. | A | Dividend | | | Buy | 01/29/16 | J | | |
| 134. SBUX Starbucks Corp. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 135. SBUX Starbucks Corp. | | None | | | Buy | 08/04/16 | J | | |
| 136. SBUX Starbucks Corp. | | None | | | Sold | 08/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TDG Transdigm Group Inc. | A | Dividend | | | Buy | 10/05/16 | J | | |
| 138. TDG Transdigm Group Inc. | | None | | | Buy | 11/15/16 | J | | |
| 139. TDG Transdigm Group Inc. | | None | | | Sold | 12/20/16 | J | A | |
| 140. UNH United Health Group Inc. | | None | | | Buy | 01/29/16 | J | | |
| 141. UNH United Health Group Inc. | | None | | | Sold | 02/04/16 | J | A | |
| 142. VTMSX VanGuard Tax Managed | A | Dividend | K | T | Buy | 12/20/16 | K | | |
| 143. V Visa Inc. Class A | A | Dividend | | | Buy | 01/29/16 | J | | |
| 144. V Visa Inc. Class A | | None | | | Sold | 02/04/16 | J | A | |
| 145. V Visa Inc. Class A | | None | | | Sold | 03/02/16 | J | A | |
| 146. V Visa Inc. Class A | | None | J | T | Buy | 08/04/16 | J | | |
| 147. V Visa Inc. Class A | | None | | | Sold | 10/05/16 | J | A | |
| 148. V Visa Inc. Class A | | None | | | Buy | 11/15/16 | J | | |
| 149. VMC Vulcan Materials Com | | None | | | Buy | 03/17/16 | J | | |
| 150. VMC Vulcan Materials Com | | None | | | Sold | 05/05/16 | J | A | |
| 151. WBA Walgreens Boots Alliance | A | Dividend | | | Buy | 01/29/16 | J | | |
| 152. WBA Walgreens Boots Alliance | | None | | | Sold | 03/17/16 | J | A | |
| 153. WBA Walgreens Boots Alliance | | None | | | Sold | 05/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. WCN Waste Connections Inc. | A | Dividend | | | Buy | 10/05/16 | J | | |
| 155. WCN Waste Connections Inc. | | None | | | Sold | 11/15/16 | J | A | |
| 156. WEC WEC Energy Group Inc. | A | Dividend | | | Buy | 02/04/16 | J | | |
| 157. WEC WEC Energy Group Inc. | | None | | | Sold | 08/04/16 | J | A | |
| 158. WEC WEC Energy Group Inc. | | None | | | Sold | 10/05/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 9: Sale on 1/9/2014 reported in 2014 report was a partial sale.

Part VII, Lines 17-19: These assets are in the Brown, Hay, & Stephens, LLP 401k Profit Sharing Plan and the Brown, Hay, & Stephens, LLP DC Pension Plan. However, the plans are administered by the American Bar Association and the filer does not own the underlying assets and cannot control the selection of assets, other than choosing a general category of investment. The specific funds in the Plans are listed on Lines 17, 18, and 19, Part VII. The employer match of $3,276.71 for the Defined Benefit Pension Plan and the 401k Plan for the filer's contributions made between January and March of 2014 was made on 4/9/2015. There will be no further contributions made by the filer or the filer's former law firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544